UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                            )
BOARD OF TRUSTEES OF THE EMPLOYEE           )
PAINTERS TRUST,                             )
                                            )   Case No. C24-1042RSL
                    Plaintiff,              )
          v.                                )
                                            )   ORDER TO SHOW CAUSE
BENCHMARK GLASS & GLAZING LLC. et al.,      )
                                            )
                    Defendants.             )
_____ )

On September 25, 2024, the Court issued an order requiring the parties to file a Joint Status Report by October 23, 2024.  No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission.  The parties shall, no later than Thursday, November 14, 2024, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of September 25, 2024.  The Clerk is directed to place this Order to Show Cause on the Court's calendar for November 15, 2024.

DATED this 24th day of October 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE